UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61737-CIV-ZLOCH

POMPANO HELICOPTERS, INC.,

    Plaintiff,

vs.                                 **O R D E R**

WESTWOOD ONE, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Pompano Helicopter, Inc.'s Emergency Motion Requesting A Stay Of All Proceedings (DE 48). The Court has carefully reviewed the instant Motion and the entire court file and is otherwise fully advised in the premises.

    Jim Howard, Jr. filed the instant Motion *pro se* and purportedly on behalf of Pompano Helicopters, Inc. However, Mr. Howard is not a Party to this action, and it is a well-settled principle of law that a corporation cannot appear *pro se* and must be represented by counsel. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Therefore, the instant Motion must be denied. Furthermore, if counsel for Plaintiff Frank J. Bernardo, Esquire, seeks to withdraw from representing Plaintiff, he must file a Motion To Withdraw. Until such a motion is filed and granted by the Court, Mr. Bernardo remains counsel of record for Plaintiff.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff Pompano Helicopter, Inc.'s Emergency Motion Requesting A Stay Of All Proceedings (DE 48) be

and the same is hereby **DENIED**.

   **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8th___ day of September, 2008.

```
              /s/ William J. Zloch
          WILLIAM J. ZLOCH
          United States District Judge
```

Copies furnished:

All Counsel of Record